No. 02–5296.  SHORT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–5297.  DIAZ v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 02–5298.  POWELL v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 02–5300.  MENDEZ-MEDINA, AKA REYES-GALVAN, AKA LOPEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–5301.  MOORE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 02–5302.  MERCADO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–5303.  MCDONALD v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 02–5304.  JACKSON v. ROE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–5305.  MILLER v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT (two judgments).  Sup. Ct. Cal.  Certiorari denied.

No. 02–5306.  MILLER v. BACA, SHERIFF.  C. A. 9th Cir.  Certiorari denied.

No. 02–5308.  BROWN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–5309.  HENRY v. AMERICAN TOYOTA ET AL.  Ct. App. N. M.  Certiorari denied.

No. 02–5310.  HARRIS v. NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 02–5311.  FLEURY v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–5312.  RIOS GONZALES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.